KELLY A. AMRITT
JAMES D. ARNOLD, JR.
RUSSELL E. ARTILLE
DANESE K. BANKS
H. SCOTT BATES
RICHARD W. BATES
JENNIFER M. BERMEL
ALEXANDER BILLIAS
T. LEE BODIE
SCOTT T. BORDERS †
GREGORY J. BOSSELER †
WILLIAM B. BOWLES, JR.
ANDREW M. BRAGG
CHAD T. BRAZZEAL
ADAM BRUM
DONALD W. BUCKLER
NICHOLAS A. BUONICONTI, III
TUCKER H. BYRD
KEVIN J. CARDEN
BRUCE H. CARRAWAY, III ***
BEVERLY A. CARSON ***
KEITH M. CARTER †
MICHAEL J. CARTER
RICHARD B. CELLER
ALEXANDER M. CLEM
RONALD C. CONNER ***
WILLIAM R. DANIEL
VINCENT M. D'ASSARO †
MICHAEL L. DAVIS
CLAY A. DEATHERAGE
JOSEPH M. DEFRANCO
LOUIS A. DEFREITAS, JR.
JOHN W. DILL †
JAMES J. DYE
TYLER E. EVERETT
ALBERT J. FERRERA
WILLIAM FINN
GREGORIO A. FRANCIS
ANDREW FRISCH
PETER B. GEE, JR.
TAMRA C. GIVENS
STEVEN G. GODDARD
MICHAEL GOETZ
CHRISTOPHER J. GRADDOCK ***
C. DOUGLAS GREEN
JENNIFER J. HALPERN ‡
RYAN J. HAYES
LAUREN C. HEATWOLE
DAVID G. HENRY
MATTHEW I. HETZEL
CHRISTOPHER J. HINCKLEY
HERBERT H. HOFMANN II
WILLIAM P. HOWARD
KATHERINE V. HUNG ****
MARTIN J. JAFFE
HEATHER H. JONES
VELMA L. JONES
STEPHEN R. KANZER
SUMEET KAUL
JAMES W. KEETER
JAMES J. KELLEHER ^ ‡
HANS KENNON
STEPHEN J. KNOX †
DARRELL W. KROPOG, JR.
GERALD L. KUCIA
RYAN C. KUHL
GRANT A. KUVIN
MARK A. LAMBERT
ARMANDO T. LAURITANO
CLINT M. LAVENDER
CARLOS V. LEACH
JARED M. LEE
JASON R. LEONARD **
NANETTE A. LEVI
JOSEPH A. LINNEHAN †
JAMES T. LYNCH
MICHAEL D. MARRESE
BOBBY F. MARTIN, JR.
KATHERINE M. MASSA
BERNARD R. MAZAHERI
TODD K. MAZIAR
BRIAN K. McCLAIN
DAVID A. McLAUGHLIN
J. ANDREW MEYER
JASON S. MILLER
TODD K. MINER
W. CLAY MITCHELL, JR.
KEITH R. MITNIK †
BRIAN F. MOES
DAVID B. MOFFETT †
CHARLES T. MOORE
HECTOR A. MORE
C. RYAN MORGAN
JOHN B. MORGAN
T. MICHAEL MORGAN
ULTIMA D. MORGAN
DAVID H. MOSKOWITZ ***

# MORGAN & MORGAN®

A PROFESSIONAL ASSOCIATION

*Attorneys At Law*

SUITE 700
ONE TAMPA CITY CENTER
TAMPA, FL 33602
(813) 223-5505
FAX: (813) 223-5402

OMAR L. NELSON ****
DANIEL J. NEWLIN
CHRISTOPHER H. NEYLAND ****
KEENAN R.S. NIX † ***
A. SCOTT NOECKER
DONNY A. OWENS
NICHOLAS P. PANAGAKIS
R.A. PATTERSON, III
KIRK A. PERROW
FRANK M. PETOSA
RONSON J. PETREE
JOHN M. PHILLIPS
FRANK W. PIAZZA
REYNOLDS B. PITTS, JR.
GREGORY D. PRYSOCK †
CHRISTOPHER V. PULEO
J. CARLOS REAL ^
MICHAEL T. REESE
GARRY J. RHODEN
DAVID I. RICKEY
DARRYL E. ROUSON
PAUL L. SANGIOVANNI ✔
RANDY E. SCHIMMELPFENNIG †
JAMES H. SCHMITT
P. CHRIS SCHROEDER
MEGAN D. SEARLS
JOSEPH H. SHAUGHNESSY
DANIEL W. SHEPPARD †
W. BRYAN SMITH
MICHAEL J. SMITH †
RACHEL L. SOFFIN
DAVID A. SPAIN
DEBORAH M. STEPHENS-JOHNSON ***
CRAIG R. STEVENS †
L. CHRIS STEWART ***
MICHAEL F. SUTTON †
JOSEPH M. TARASKA †
J. HOWARD THIGPEN
NICHOLAS R. THOMPSON
HARRAN E. UDELL
BERT E. UEBELE, IV
SCOTT J. URICCHIO
BASIL A. VALDIVIA
BRIAN C. VIGNESS †
IVAN D. VORONEC
BILL M. WADE
SCOTT WM. WEINSTEIN
J. DENNIS WEITZEL †
MATTHEW S. WHEELEY
SCOTT M. WHITLEY †
BRADFORD T. WILLARD

OF COUNSEL

MICHAEL ESPY *****
MICHAEL K. HOUTZ
J. MICHAEL PAPANTONIO
ROBERT J. SCANLAN
CLAY M. TOWNSEND
MARK J. PROCTOR

† BOARD CERTIFIED CIVIL TRIAL LAWYER
* BOARD CERTIFIED WORKERS' COMPENSATION LAWYER
** ALSO LICENSED IN ARIZONA
*** LICENSED IN GEORGIA ONLY
**** LICENSED IN MISSISSIPPI ONLY
^ LICENSED IN NEW YORK
‡ LICENSED IN GEORGIA
LICENSED IN ILLINOIS
LICENSED IN AL, MS, TN
LICENSED IN TEXAS
LICENSED IN NY & NJ
LICENSED IN TN & AR
LICENSED IN TN & MS
LICENSED IN MO & IL
LICENSED IN TEXAS ONLY
LICENSED IN TN, AR & MS
LICENSED IN TENNESSEE ONLY
LICENSED IN ILLINOIS ONLY
LICENSED IN AR, TN, MS KY & FL
LICENSED IN NORTH CAROLINA
ALSO LICENSED IN CALIFORNIA
ALSO LICENSED IN GEORGIA
ALSO LICENSED IN TENNESSEE
ALSO LICENSED IN ILLINOIS
ALSO LICENSED IN NEW YORK
ALSO LICENSED IN NEW JERSEY
ALSO LICENSED IN AL & GA
✔ BOARD CERTIFIED CONSTRUCTION LAW

**CERTIFIED MAIL - RETURN RECEIPT**
**7010 0290 0000 2572 6685**

September 30, 2010

City of Tampa, a Municipal Corporation
306 East Jackson
Tampa, FL 33602

RE: Our Client: Brent Warren Yessin
Date of Birth: 7/12/1963
SS#: 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
Place of Birth: Kentucky
Date of Incident: 12/21-22/2008

Dear Sir or Madam:

Please accept this letter and the enclosed notice as notice of a claim for damages that were sustained by Brent Warren Yessin, when an incident occurred on December 21-22, 2008. This letter is sent pursuant to Florida Statutes Section 768.28 to perfect a claim for damages.

Should you have any questions, please do not hesitate to contact me

Sincerely,

Keith M. Carter

KMC//pwb
Enclosure
cc:Brent W. Yessin

"Exhibit A"

**NOTICE OF CLAIM**
**DEMAND FOR COMPENSATION FOR INJURY**
**FLORIDA STATUTES 768-28(6)**

**TO:**

City of Tampa, a municipal corporation
306 East Jackson Street
Tampa, FL 33602

City of Tampa Police Department
411 N. Franklin Street
Tampa, FL 33602

Pam Iorio, Mayor
City of Tampa
306 East Jackson Street
Tampa. Florida 33602

Florida Department of Financial Services
200 E. Gaines Street
Tallahassee, FL 32399-0338

**CLAIMANT:** Brent Warren Yessin

Date of Birth: 7/12/1963
Place of Birth: Danville, Kentucky
Social Security #: 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

**CONSORTIUM CLAIMANT:** None
Date of Birth:
Place of Birth:
Social Security #:

**PRIOR ADJUDICATED UNPAID CLAIMS:** (If none, so state.)
Claimant: None
Consortium Claimant:

**DATE OF INCIDENT:** December 21 and 22, 2008

**PLACE OF INCIDENT:** 2208 W. Morrison Avenue, Tampa, FL 33606

**DESCRIPTION OF INCIDENT:** See the attached Criminal Report Affidavit/Notice to Appear. Claimant was falsely arrested by the City of Tampa Police Department. The force used by the City of Tampa Police Department to make the arrest was excessive. Following the arrest, the City of Tampa Police Department directly and/or indirectly secured a wrongful criminal prosecution of Mr. Yessin. Mr Yessin obtained a favorable termination of the criminal charges.
The City of Tampa Police Department disseminated untrue information to the media regarding the reasons for the arrest, which adversely affected Mr. Yessin in his profession and business.
The City of Tampa Police Department also abused legal process against Mr. Yessin for ulterior motives. The arrest of Mr. Yessin and the ensuing criminal charges were without probable cause.
As a result of the above described action of the City of Tampa Police Department, Mr. Yessin intends to file a legal action(s) against the City of Tampa, a municipal corporation, for money damages.

**IF ADDITIONAL INFORMATION IS NEEDED, PLEASE CONTACT THE UNDERSIGNED.**

**I HEREBY CERTIFY the foregoing has been furnished by certified mail, return receipt requested to the above agencies, this 30th day of September, 2010.**

Keith Martin

Keith M. Carter, Esq.
FBN: 50036
Morgan & Morgan, P.A.
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
(813) 223-5505
Attorneys for Claimant

**TAMPA PD**
**GENERAL OFFENSE HARDCOPY**

**GO 2008-764921 (ARREST -PATR)** **130B - 9 BATTERY - SIMPLE**

**Scanned Image - Type : Criminal Report Affidavit**
**Desc : CRA# 1496189**

ARRESTING AGENCY

1496189

OFC. J. RIESE #45783

TPD - DISTRICT 1

OFC. S. MILLEAY + 47060

TPD - DISTRICT 1

OFC. D. KENNEDY # 47603

TPD - DISTRICT 1

AGENCY REPORT # 08-764921 AGENCY NAME TPD 1496189

OFFICER R. NEWBERRY

I.D. # 31794

SWORN TO AND SUBSCRIBED BEFORE ME THIS 21 DAY OF DEC, 20 08

I SWEAR THAT THE ABOVE STATEMENTS ARE CORRECT TO THE BEST OF MY KNOWLEDGE, FOR NOTICES TO APPEAR, I ALSO CERTIFY THAT A COMPLETE LIST OF WITNESSES AND EVIDENCE KNOWN TO ME IS ATTACHED.

# TAMPA PD
## GENERAL OFFENSE HARDCOPY

**GO 2008-764921 (ARREST -PATR)** **130B - 9 BATTERY - SIMPLE**

**Scanned Image - Type : Criminal Report Affidavit**
**Desc : CRA# 1496189**

1496189

CRIMINAL REPORT AFFIDAVIT / NOTICE TO APPEAR

[illegible] # 1660

ARREST REPORT # 08-764921 [illegible] TAMPA PD [illegible] FL0290400 [illegible]

LOCATION OF OFFENSE: 2208 W MORRISON AVE DATE OF OFFENSE: 12-20-08 TIME OF OFFENSE: 2331

TAMPA [illegible] PLANT CITY ☐ TEMPLE TERRACE ☐ UNINCORPORATED AREA ☐ SUPPLEMENTAL CRA ATTACHED ☐

LOCATION OF ARREST: 2208 W MORRISON AVE DATE OF ARREST: 12-20-08 TIME OF ARREST: 2331

BOOKING # [illegible] SOID # [illegible] WEAPON TYPE [illegible] WEAPON SEIZED Yes ☐ No ☒

NAME: [illegible] WARREN

[illegible] SEX M DOB 07-17-65 [illegible]

LOCAL ADDRESS (Street, Apt. #, City, State, Zip): 315 W PARKLAND BLVD, TAMPA, FL 33606 Ph #: 813 503 [illegible]

Permanent Address (Street, Apt. #, City, State, Zip): ([illegible] ASSOCIATES)

Business Address (Street, Apt. #, City, State, Zip): 1 TAMPA CITY CENTER ST 1825 TAMPA, FL 33602 Ph #: 813-248-1618

Driver's License No.: [illegible]-250-079-65-252-0 State: FL SS #: 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 PLACE OF BIRTH: KY

Gang Member: Yes ☐ No ☒

SCARS, MARKS, TATTOOS, UNIQUE FEATURES: N/A

| STATUTE VIOLATED | CHARGE | TRAFFIC CITATION # |
|---|---|---|
| 843.02 | RESIST LEO NO VIOLENCE | — |
| 843.02 | RESIST LEO NO VIOLENCE | — |

A LIST OF TANGIBLE EVIDENCE

| DESCRIPTION/AMOUNT PER UNIT | RECOVERED BY | GIVEN TO | PRESENT LOCATION |
|---|---|---|---|
| — N/A — | | | |

COURT INFORMATION

White - Clerk of Court; Green - State Attorney; Canary - Arresting Agency; Pink - Central Booking/Detention Center; Goldenrod - Defendant

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, , and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CITY OF TAMPA
306 EAST JACKSON ST.
TAMPA, FL 33602

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) [signature] C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

r-130

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7010 0290 0000 2572 6685

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-154

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: CITY OF TAMPA
Street, Apt. No., or PO Box No.
City, State, ZIP+4

7010 0290 0000 2572 6685

MORGAN & MORGAN®
A PROFESSIONAL ASSOCIATION
Attorneys At Law

SUITE 700
ONE TAMPA CITY CENTER
TAMPA, FL 33602
(813) 223-5505
FAX: (813) 223-5402

[illegible] V. ALBANIS
KELLY A. AMRITT
JAMES D. ARNOLD, JR. *
RUSSELL E. ARTILLE
DANESE K. BANKS
H. SCOTT BATES
RICHARD W. BATES
JENNIFER M. BERMEL*
ALEXANDER BILLIAS
T. LEE BOOTS
SCOTT T. BORDERS †
GREGORY J. BOSSELER †
WILLIAM B. BOWLES, JR.
ANDREW M. BRAGG
CHAD T. BRAZZEAL
ADAM BRUM
DONALD W. BUCKLER
NICHOLAS A. BUONICONTI, III
TUCKER H. BYRD
KEVIN J. CARDEN
BRUCE H. CARRAWAY, III ***
BEVERLY A. CARSON ***
KEITH M. CARTER †
MICHAEL J. CARTER
RICHARD B. CELLER
ALEXANDER M. CLEM
RONALD C. CONNER ***
WILLIAM R. DANIEL
VINCENT M. D'ASSARO †
MICHAEL L. DAVIS
CLAY A. DEATHERAGE
JOSEPH M. DEFRANCO
LOUIS A. DEFREITAS, JR.
JOHN W. DILL †
JAMES J. DYE
TYLER B. EVERETT
ALBERT J. FERRERA
WILLIAM FINN
GREGORIO A. FRANCIS
ANDREW FRISCH
PETER B. GEE, JR.
TAMRA C. GIVENS
STEVEN C. GODDARD
MICHAEL GOETZ
CHRISTOPHER J. CRADDOCK ***
C. DOUGLAS GREEN
JENNIFER J. HALPERN ‡
RYAN J. HAYES
LAUREN C. HEATWOLE
DAVID G. HENRY
MATTHEW I. HETZEL
CHRISTOPHER J. HINCKLEY
HERBERT H. HOFMANN
WILLIAM P. HOWARD
KATHERINE V. HUNG****
MARTIN J. JAFFE
HEATHER H. JONES
VELMA L. JONES
STEPHEN R. KANZER
SUMEET KAUL
JAMES W. KEETER
JAMES J. KELLEHER ^ ‡
HANS KENNON
STEPHEN J. KNOX †
DARRELL W. KROPOG, JR.
GERALD L. KUCIA
RYAN C. KUHL
GRANT A. KUVIN
MARK A. LAMBERT
ARMANDO T. LAURITANO
CLINT M. LAVENDER
CARLOS V. LEACH
JARED M. LEE
JASON R. LEONARD **
NANETTE A. LEVI
JOSEPH A. LINNEHAN †
JAMES T. LYNCH
MICHAEL D. MARRESE
BOBBY F. MARTIN, JR.
KATHERINE M. MASSA
BERNARD R. MAZAHERI
TODD K. MAZIAR
BRIAN K. McCLAIN
DAVID A. McLAUGHLIN
J. ANDREW MEYER
JASON S. MILLER
TODD K. MINER
W. CLAY MITCHELL, JR.
KEITH R. MITNIK †
BRIAN F. MOES
DAVID B. MOFFETT †
CHARLES T. MOORE
HECTOR A. MORE
C. RYAN MORGAN
JOHN B. MORGAN
T. MICHAEL MORGAN
ULTIMA D. MORGAN
DAVID H. MOSKOWITZ ***

CERTIFIED MAIL - RETURN RECEIPT
7010 0290 0000 2572 6692

September 30, 2010

Florida Department of Financial Services
200 East Gaines Street
Tallahassee, FL 32399-0338

RE: Our Client: Brent Warren Yessin
Date of Birth: 7/12/1963
SS#: 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
Place of Birth: Kentucky
Date of Incident: 12/21-22/2008

Dear Sir or Madam:

Please accept this letter and the enclosed notice as notice of a claim for damages that were sustained by Brent Warren Yessin, when an incident occurred on December 21-22, 2008. This letter is sent pursuant to Florida Statutes Section 768.28 to perfect a claim for damages.

Should you have any questions, please do not hesitate to contact me

Sincerely,

Keith M. Carter

KMC//pwb
Enclosure
cc:Brent W. Yessin

OMAR L. NELSON ****
DANIEL J. NEWLIN
CHRISTOPHER H. NEYLAND****
KEENAN R.S. NIX †***
A. SCOTT NOECKER
DONNY A. OWENS
NICHOLAS P. PANAGAKIS
R.A. PATTERSON, III
KIRK A. PERROW
FRANK M. PETOSA
RONSON J. PETREE
JOHN M. PHILLIPS
FRANK W. PIAZZA
REYNOLDS E. PITTS, JR.
GREGORY D. PRYSOCK †
CHRISTOPHER V. PULEO
J. CARLOS REAL ^
MICHAEL T. REESE
GARRY J. RHODEN
DAVID I. RICKEY *
DARRYL E. ROUSON
PAUL L. SANGIOVANNI ✓
RANDY E. SCHIMMELPFENNIG †
JAMES H. SCHMITT
P. CHRIS SCHROEDER
MEGAN D. SEARLS
JOSEPH H. SHAUGHNESSY
DANIEL W. SHEPPARD †
W. BRYAN SMITH
MICHAEL J. SMITH †
RACHEL L. SOFFIN
DAVID A. SPAIN
DEIRDRE M. STEPHENS-JOHNSON***
CRAIG R. STEVENS †
L. CHRIS STEWART ***
MICHAEL F. SUTTON †
JOSEPH M. TARASKA †
J. HOWARD THIGPEN
NICHOLAS R. THOMPSON
HARRAN E. UDELL
BERT E. UEBELE, IV
SCOTT J. URICCHIO
BASIL A. VALDIVIA
BRIAN C. VIGNESS †
IVAN D. VORONEC *
BILL M. WADE
SCOTT WM. WEINSTEIN
J. DENNIS WEITZEL †
MATTHEW S. WHEELEY
SCOTT M. WHITLEY †
BRADFORD T. WILLARD

OF COUNSEL

MICHAEL ESPY*****
MICHAEL K. HOLTZ
J. MICHAEL PAPANTONIO
ROBERT J. SCANLAN
CLAY M. TOWNSEND
MARK J. PROCTOR

† BOARD CERTIFIED CIVIL TRIAL LAWYER
* BOARD CERTIFIED WORKERS' COMPENSATION LAWYER
** ALSO LICENSED IN ARIZONA
*** LICENSED IN GEORGIA ONLY
**** LICENSED IN MISSISSIPPI ONLY
^ LICENSED IN NEW YORK
‡ LICENSED IN GEORGIA
LICENSED IN ILLINOIS
LICENSED IN AL, MS, TN
LICENSED IN TEXAS
LICENSED IN NY & NJ
LICENSED IN TN & AR
LICENSED IN TN & MS
LICENSED IN MO & IL
LICENSED IN TEXAS ONLY
LICENSED IN TN, AR & MS
LICENSED IN TENNESSEE ONLY
LICENSED IN ILLINOIS ONLY
LICENSED IN AR, TN, MS KY & FL
LICENSED IN NORTH CAROLINA
ALSO LICENSED IN CALIFORNIA
ALSO LICENSED IN GEORGIA
ALSO LICENSED IN TENNESSEE
ALSO LICENSED IN ILLINOIS
ALSO LICENSED IN NEW YORK
ALSO LICENSED IN NEW JERSEY
ALSO LICENSED IN AL & GA
✓ BOARD CERTIFIED CONSTRUCTION LAW

**NOTICE OF CLAIM**
**DEMAND FOR COMPENSATION FOR A [illegible] IJURY**
**FLORIDA STATUTES 768-28(6)**

**TO:**

City of Tampa, a municipal corporation
306 East Jackson Street
Tampa, FL 33602

City of Tampa Police Department
411 N. Franklin Street
Tampa, FL 33602

Pam Iorio, Mayor
City of Tampa
306 East Jackson Street
Tampa. Florida 33602

Florida Department of Financial Services
200 E. Gaines Street
Tallahassee, FL 32399-0338

**CLAIMANT:** Brent Warren Yessin

Date of Birth: 7/12/1963
Place of Birth: Danville, Kentucky
Social Security #: 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

**CONSORTIUM CLAIMANT:** None
Date of Birth:
Place of Birth:
Social Security #:

**PRIOR ADJUDICATED UNPAID CLAIMS:** (If none, so state.)
Claimant: None
Consortium Claimant:

**DATE OF INCIDENT:** December 21 and 22, 2008

**PLACE OF INCIDENT:** 2208 W. Morrison Avenue, Tampa, FL 33606

**DESCRIPTION OF INCIDENT:**
See the attached Criminal Report Affidavit/Notice to Appear. Claimant was falsely arrested by the City of Tampa Police Department. The force used by the City of Tampa Police Department to make the arrest was excessive. Following the arrest, the City of Tampa Police Department directly and/or indirectly secured a wrongful criminal prosecution of Mr. Yessin. Mr Yessin obtained a favorable termination of the criminal charges.
The City of Tampa Police Department disseminated untrue information to the media regarding the reasons for the arrest, which adversely affected Mr. Yessin in his profession and business.
The City of Tampa Police Department also abused legal process against Mr. Yessin for ulterior motives. The arrest of Mr. Yessin and the ensuing criminal charges were without probable cause.
As a result of the above described action of the City of Tampa Police Department, Mr. Yessin intends to file a legal action(s) against the City of Tampa, a municipal corporation, for money damages.

**IF ADDITIONAL INFORMATION IS NEEDED, PLEASE CONTACT THE UNDERSIGNED.**

**I HEREBY CERTIFY the foregoing has been furnished by certified mail, return receipt requested to the above agencies, this 30th day of September, 2010.**

[signature]

Keith M. Carter, Esq.
FBN: 50036
Morgan & Morgan, P.A.
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
(813) 223-5505
Attorneys for Claimant

# TAMPA PD
## GENERAL OFFENSE HARDCOPY

**GO 2008-764921 (ARREST -PATR)** **130B - 9 BATTERY - SIMPLE**

**Scanned Image - Type : Criminal Report Affidavit**
**Desc : CRA# 1496189**

CRIMINAL REPORT AFFIDAVIT / NOTICE TO APPEAR

1496189

# TAMPA PD
## GENERAL OFFENSE HARDCOPY

GO 2008-764921 (ARREST -PATR)    130B - 9 BATTERY - SIMPLE

Scanned Image - Type : Criminal Report Affidavit
Desc : CRA# 1496189

*[Handwritten criminal report affidavit, largely illegible; document number 1496189 visible]*



UNITED STATES POSTAL SERVICE

Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7010 0290 0000 2572 6692
Service(s): Certified Mail™
Status: Delivered

Your item was delivered at 11:42 am on October 04, 2010 in TALLAHASSEE, FL 32399.

Track & Confirm
Enter Label/Receipt Number.

Go >

Detailed Results:

- Delivered, October 04, 2010, 11:42 am, TALLAHASSEE, FL 32399
- Arrival at Unit, October 03, 2010, 1:46 pm, TALLAHASSEE, FL 32301

**Notification Options**

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email. Go >

Site Map Customer Service Forms Gov't Services Careers Privacy Policy Terms of Use Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved. No FEAR Act EEO Data FOIA

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To Dept of Finan. Serv

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, August 2006 See Reverse

7010 0290 0000 2572 6692

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

FLORIDA DEPARTMENT OF FINANCIAL SERVICES
200 E. GAINES ST.
TALLAHASSEE, FL
32399-0358

COMPLETE THIS SECTION ON DELIVERY

DEPARTMENT OF FINANCIAL SERVICES
X MAIL SERVICES SECTION

☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7010 0290 0000 2572 6692

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540