# EXHIBIT JJ

